1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| HENDRIK BLOCK, | ) No. 1:20-cv-01193-NONE-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| SANDHU INVESTMENTS INC. dba 7-ELEVEN, et al., | ) Date:  December 8, 2020<br>) Time:  8:30 a.m.<br>) Courtroom:  8 |
| Defendants. | ) Magistrate Judge Barbara A. McAuliffe |

**WHEREAS,** a Mandatory Scheduling Conference (ECF Doc. No. 3) is currently scheduled in this matter for December 8, 2020 at 8:30 a.m.

**WHEREAS,** Plaintiff Hendrik Block ("Plaintiff"), and Defendants, Sandhu Investments Inc. dba 7-Eleven, QCSI Six LLC, and QCSIF Six LLC ("Defendants," and together with Plaintiff, "the Parties"), are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred attending the Mandatory Scheduling Conference while they exhaust settlement efforts, and to conserve Court resources;

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for December 8, 2020 to a date at the Court's convenience on or after February 9, 2021.

Dated:  November 19, 2020                     MOORE LAW FIRM, P.C.

                                              */s/ Tanya E. Moore*
                                              Tanya E. Moore
                                              Attorney for Plaintiff,
                                              Jose Trujillo

Dated:  November 19, 2020                     CALL & JENSEN

                                              */s/ Michael S. Orr*
                                              Michael S. Orr
                                              Attorneys for Defendants,
                                              Sandhu Investments Inc. dba 7-Eleven,
                                              QCSI Six LLC, and QCSIF Six LLC

## **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 8, 2020 is continued to February 9, 2021 at 9:30 a.m. Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe with <u>each party</u> connecting <u>remotely</u> either via Zoom video conference or Zoom telephone number.  The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference. IT IS SO ORDERED.

Dated:   **November 20, 2020**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE